UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

CASE NO.:   17-69753-LRC

DEBTOR:   PATRICK COREY PATTERSON

At the hearing on Confirmation held on May 22, 2018, Trustee requested that the hearing be reset to July 10, 2018. However, Trustee also announced an agreement that if Debtor failed to provide a copy of the 2011 and 2012 tax return(s) within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Debtor has failed to provide a copy of the 2011 tax return.

Debtor has failed to provide a copy of the 2012 tax return.

Please enter an Order of Dismissal.

Dated:   This the _14_ day of June, 2018.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia   30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Patrick Corey Patterson | ) ) | CASE NO.: 17-69753-LRC |
| | ) ) | |
| DEBTOR. | ) | |

17-69753-LRC                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

Patrick Corey Patterson
1275 Cunningham Rd, SW
Apt. 1301
Marietta, GA  30008

DEBTOR(S) ATTORNEY:

SLIPAKOFF & SLOMKA, PC
OVERLOOK III, SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

June 14 ,2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450